1  PETER E. MARTIN (State Bar No. 121672)
   A Law Corporation
2  917 Third Street
3  Eureka, California 95501
   Telephone: (707) 268-0445
4  Facsimile:  (707) 667-0318
   Email:  peter@petermartinlaw.com
5
6  Attorney for Plaintiffs

7  MICHAEL W. FOSTER (State Bar No. 127691)
   PETER H. GOLDSMITH (State Bar No. 91294)
8  FOSTER EMPLOYMENT LAW
   3000 Lakeshore Avenue
9  Oakland, California 94610
   Telephone: (510) 763-1900
10 Facsimile:  (510) 763-5952
11 Email: pgoldsmith@fosteremploymentlaw.com

12 Attorneys for Defendants

13                            UNITED STATES DISTRICT COURT

14                           NORTHERN DISTRICT OF CALIFORNIA
15

16 STUART P. TITUS, CAROLINE TITUS,   )   Case No. CV-14-01043-SBA
                                       )
17         Plaintiff,                  )   Date Action Filed:  March 5, 2014
       vs.                             )
18                                     )   **STIPULATION AND ORDER RE**
   HUMBOLDT COUNTY FAIR                )   **RESCHEDULING OF CASE**
19 ASSOCIATION, JEFF FARLEY, CINDY     )   **MANAGEMENT CONFERENCE**
   OLSEN, JOHN BURGER, Does 1 through  )
20 10,                                 )
                                       )
21                                     )
         Defendants.                   )
22                                     )

23
           IT IS HEREBY STIPULATED by and between the parties hereto as follows:
24
       1.      The Court set the initial Case Management Conference for this case for June 4, 2014.
25
   Counsel for Defendants has a pre-paid vacation for that time period.
26
       2.      Counsel are all available to attend the CMC if it is rescheduled to June 11, June 12 or
27
   July 2, 2014.
28

                                                    1
                     STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
                                          ~~CV-14-0143-SBA~~
                                           CV 14-1043 SBA

3. The parties jointly request that the Court reset the Conference to whichever of these date is most convenient for the Court.

DATED: May __, 2014

                                PETER E. MARTIN

                                _____
                                Attorney for Plaintiffs

DATED: May __, 2014

                                FOSTER EMPLOYMENT LAW

                                _____
                                MICHAEL W. FOSTER
                                PETER H. GOLDSMITH
                                Attorney for Defendants

**ORDER**

It is hereby agreed by Stipulation of the parties, that the Case Management Conference shall be rescheduled to **June 12, 2014 at 2:45.**  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 879-3550 at the above indicated date and time.

DATED: May 9, 2014

                                _____
                                United States District Judge

FOSTERemploymentlaw
3000 Lakeshore Avenue
Oakland, California  94610