PETER E. MARTIN (State Bar No. 121672)
A Law Corporation
917 Third Street
Eureka, California 95501
Telephone: (707) 268-0445
Facsimile: (707) 667-0318
Email: peter@petermartinlaw.com

Attorney for Plaintiffs

MICHAEL W. FOSTER (State Bar No. 127691)
PETER H. GOLDSMITH (State Bar No. 91294)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952
Email: pgoldsmith@fosteremploymentlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART P. TITUS, CAROLINE TITUS, | Case No. CV-14-01043-SBA |
| Plaintiff, | Date Action Filed: March 5, 2014 |
| vs. | JOINT STIPULATION AND [PROPOSED] ORDER RE MEDIATION PROCESS, MEDIATION COMPLETION DATE AND NEXT CASE MANAGEMENT CONFERENCE |
| HUMBOLDT COUNTY FAIR ASSOCIATION, JEFF FARLEY, CINDY OLSEN, JOHN BURGER, Does 1 through 10, | |
| Defendants. | |

1. The parties hereto – Plaintiffs Stuart and Caroline Titus and Defendants Humboldt County Fair Association, John Burger, Jeff Farley and Cindy Olsen – join in this Stipulation to request that the Court allow them to opt in to the Court-sponsored mediation program, move the date

1

Titus v. Humboldt County Fair Association, et al.
CV-14-0143-SBA

JOINT STIPULATION & [PROPOSED] ORDER RE
MEDIATION PROCESS AND CMC

1  for completion of the mediation, and reschedule the Case Management Conference to allow them to
2  first complete initial depositions and the mediation.
3    2.    Plaintiffs filed this lawsuit on March 6, 2014. The parties initially agreed to opt out
4  of the Court-sponsored mediation program and proceed with private mediation. By Minute Order
5  dated July 3, 2014, the Court ordered that private mediation be completed by November 7, 2014, that
6  a telephonic Case Management Conference be held on November 9, 2014, and that an updated joint
7  Case Management Statement be filed by November 17, 2014 (Ex. A).
8    3.    The parties have consulted and agreed to complete written discovery over the next six
9  weeks and have set a preliminary deposition schedule for dates during the first two weeks of
10 November. The parties have also discussed mediation, including the costs involved in private
11 mediation, and have decided that they would be best served, if the Court allows it, by opting back
12 into the Court-sponsored mediation program. In order to complete the depositions before the
13 mediation, they would respectfully request that the Court reset the mediation completion date to
14 December 19, 2014. The parties also request that the Court reset the Case Management Conference
15 until after the mediation.
16    4.    Accordingly, the parties hereby respectfully request that: (1) The Court allow them to
17 opt into the Court's mediation program; (2) the Court revise the mediation completion date to
18 December 19, 2014; and (3) the Court delay the Case Management Conference presently scheduled
19 for November 9, 2014 until after the deposition and the mediation.

DATED: August 28, 2014    PETER E. MARTIN

_____
Attorney for Plaintiffs

DATED: August 26, 2014    FOSTER EMPLOYMENT LAW

_____
MICHAEL W. FOSTER
PETER H. GOLDSMITH
Attorney for Defendants

# ORDER

Having considered the Stipulation of the parties, the Court orders that: (1) The parties may opt back into the Court's mediation program; (2) the mediation completion date is reset to December 19, 2014; and (3) the Case Management Conference is rescheduled for January 8, 2015, at 2:45 p.m. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 879-3550 at the above indicated date and time.

IT IS SO ORDERED.

DATED: 9/2/2014

*Saundra B Armstrong*
Judge Saundra Brown Armstrong
United States District Judge