AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

STUART P. TITUS, CAROLINE TITUS,

Plaintiff(s),

V.

HUMBOLDT COUNTY FAIR ASSOCIATION, et al

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:14-cv-01043-SBA

Notice is hereby given that, subject to approval by the court, Humboldt County Fair Association (Party(s) Name) substitutes J. Randall Andrada (Name of New Attorney), State Bar No. 70000 as counsel of record in place of Michael W. Foster & Peter H. Goldsmith (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: ANDRADA & ASSOCIATES
Address: 180 Grand Avenue, Suite 225, Oakland, CA 94612
Telephone: (510) 287-4160   Facsimile (510) 287-4161
E-Mail (Optional): randrada@andradalaw.com

I consent to the above substitution.
Date: 9/17/2014
(Signature of Party(s))

I consent to being substituted.
Date: 10.7.14
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 10-7-14
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/8/2014
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]