AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

STUART P. TITUS, CAROLINE TITUS,
              Plaintiff(s),

v.

HUMBOLDT COUNTY FAIR ASSOCIATION, et al
              Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:14-cv-01043-SBA

Notice is hereby given that, subject to approval by the court, __Cindy Olsen__ (Party(s) Name), substitutes __J. Randall Andrada__ (Name of New Attorney), State Bar No. __70000__ as counsel of record in place of __Michael W. Foster & Peter H. Goldsmith__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: ANDRADA & ASSOCIATES
    Address: 180 Grand Avenue, Suite 225, Oakland, CA 94612
    Telephone: (510) 287-4160      Facsimile (510) 287-4161
    E-Mail (Optional): randrada@andradalaw.com

I consent to the above substitution.
Date: 10/1/14
                    (Signature of Party(s))

I consent to being substituted.
Date: 10/1/14
                    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 10-7-14
                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/8/2014
                    /s/ Saundra B. Armstrong
                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]