FROM : JEFF & JOANNE FARLEY    FAX NO. :707 786 9805    Sep. 27 2014 01:27PM P1

§AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

STUART P. TITUS, CAROLINE TITUS,
                Plaintiff (s),
    V.
HUMBOLDT COUNTY FAIR ASSOCIATION, et al
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:14-cv-01043-SBA

Notice is hereby given that, subject to approval by the court, __Jeff Farley__ (Party (s) Name) substitutes __J. Randall Andrada__ (Name of New Attorney), State Bar No. __70000__ as counsel of record in place of __Michael W. Foster & Peter H. Goldsmith__ (Name of Attorney (s) Withdrawing Appearance).

Contact Information for new counsel is as follows:

    Firm Name:     ANDRADA & ASSOCIATES
    Address:     180 Grand Avenue, Suite 225, Oakland, CA 94612
    Telephone:     (510) 287-4160      Facsimile (510) 287-4161
    E-Mail (Optional):     randrada@andradalaw.com

I consent to the above substitution.
Date: 9/24/14      _(Signature of Party (s))_

I consent to being substituted.
Date: 10·7·14      _(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 10-7-14      _(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/8/2014      _Sandra B. Armstrong, Judge_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]