AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

STUART P. TITUS, CAROLINE TITUS,
                  Plaintiff (s),
V.
HUMBOLDT COUNTY FAIR ASSOCIATION, et al
                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:14-cv-01043-SBA

Notice is hereby given that, subject to approval by the court, __John Burger__ substitutes
                                                                   (Party (s) Name)

__J. Randall Andrada__ , State Bar No. __70000__ as counsel of record in
(Name of New Attorney)

place of __Michael W. Foster & Peter H. Goldsmith__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: ANDRADA & ASSOCIATES
    Address: 180 Grand Avenue, Suite 225, Oakland, CA 94612
    Telephone: (510) 287-4160     Facsimile (510) 287-4161
    E-Mail (Optional): randrada@andradalaw.com

I consent to the above substitution.
Date: 9-18-14
                                            (Signature of Party (s))

I consent to being substituted.
Date: 10.7.14
                                            (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10-7-14
                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/8/2014
                                            Saundra B Armstrong
                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]