1  J. RANDALL ANDRADA (SBN 70000)
   randrada@andradalaw.com
2  **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
3  180 Grand Avenue, Suite 225
   Oakland, California  94612
4  Tel.:   (510) 287-4160
   Fax:    (510) 287-4161
5
   Attorneys for Defendants
6  HUMBOLDT COUNTY FAIR ASSOCIATION,
   JEFF FARLEY, CINDY OLSEN, AND JOHN BURGER
7
   PETER E. MARTIN (SBN 121672)
8  peter@petermartinlaw.com
   A Law Corporation
9  917 Third Street
   Eureka, CA  95501
10 Tel:    (707) 268-0445
   Fax:    (707) 667-0318
11
   Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| STUART P. TITUS, CAROLINE TITUS, | Case No.: 4:14-cv-01043-SBA |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND ORDER RE MEDIATION PROCESS, MEDIATION COMPLETION DATE AND NEXT CASE MANAGEMENT CONFERENCE** |
| v. | |
| HUMBOLDT COUNTY FAIR ASSOCIATION, JEFF FARLEY, CINDY OLSEN, JOHN BURGER, Does 1 through 10, | |
| Defendants. | |

22     1.     The parties hereto – plaintiffs Stuart and Caroline Titus and defendants Humboldt

23  County Fair Association, John Burger, Jeff Farley and Cindy Olsen – join in this Stipulation to

24  request that the court allow them to move the date for completion of the mediation, and reschedule

25  the Case Management Conference to allow them to first complete some initial depositions and

26  mediation.

27     2.     Plaintiffs filed this lawsuit on March 6, 2014.  A First Amended Complaint was filed

28  on April 24, 2014.  The defendants answered on May 8, 2014.

1

3. The firm known as Foster Employment Law represented the defendants at that time. There was a Rule 26 Disclosure by both sides. There was also an additional disclosure of documents by both sides. Some interrogatories were also served by both sides.

4. The parties then agreed to mediate the case on or by December 19, 2014. Pursuant to a stipulation of the parties, the court entered an order on September 2, 2014 to set December 19 as the mediation completion date. The court also scheduled a Case Management Conference for January 8, 2015.

5. The firm known as Andrada & Associates substituted into the case for the defendants on or about October 8, 2014. As a practical matter, the substitution meant that the mediation deadline needed to be extended.

6. The court appointed Mr. Robert Edwards to serve as mediator on October 15, 2014.

7. The attorneys have met and conferred among themselves and with Mr. Edwards to select a mediation date in light of all the circumstances. The agreed upon date is March 13, 2015. The parties are continuing to engage in discovery. It is anticipated that the plaintiffs will be deposed in January, 2015.

8. Accordingly, the parties respectfully request that: 1) the court revise the mediation completion date to March 13, 2015; and 2) the court continue the Case Management Conference presently set for January 8, 2015 to a date after March 13. The parties suggest the date of March 26, 2015.

Dated: December 4, 2014                ANDRADA & ASSOCIATES

By */s/ J. Randall Andrada*
J. RANDALL ANDRADA
Attorneys for Defendants
HUMBOLDT COUNTY FAIR ASSOCIATION, JEFF FARLEY, CINDY OLSEN, and JOHN BURGER

Dated: December 4, 2014

By */s/ Peter E. Martin*
PETER E. MARTIN
Attorneys for Plaintiffs
STUART TITUS and CAROLINE TITUS

**ORDER**

Having considered the Stipulation of the parties, the Court orders that: (1) the mediation completion date is reset to March 13, 2015; and (2) the Case Management Conference is rescheduled to **March 26, 2015** at **3:00 p.m.**  The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Statement which shall be filed no later than seven (7) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on line and shall call (510) 879-3550 at the above indicated date and time.

IT IS SO ORDERED.

DATED:  December 8, 2014

*[signature]*
Judge Saundra Brown Armstrong
United States District Judge