Peter E. Martin, SBN 121672
Christopher Einselen SBN 294273
Peter E. Martin, A Law Corporation
917 Third Street
Eureka, California 95501
Tel: (707) 268-0445
Fax: (707) 667-0318
Email: peter@petermartinlaw.com

Attorneys for Plaintiffs
STUART P. TITUS, CAROLINE TITUS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART P. TITUS, CAROLINE TITUS,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>HUMBOLDT COUNTY FAIR ASSOCIATION, JEFF FARLEY, CINDY OLSEN, JOHN BURGER, Does 1 through 10,<br><br>　　　Defendants. | Case No. 14-cv-01043-SBA<br><br>**REQUEST AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE AT THE HEARING ON PLAINTIFFS' MOTION TO AMEND AND SUPPLEMENT THEIR COMPLAINT**<br><br>Date:　March 3, 2015<br>Time:　1:00 p.m.<br>Crtrm:　TBD |

**TO THE HONORABLE SENIOR DISTRICT COURT JUDGE SAUNDRA BROWN ARMSTRONG:**

Plaintiffs respectfully request to appear telephonically at the hearing on their Motion to Amend and Supplement their Complaint scheduled to be heard on March 3, 2015, at 1:00 p.m. in this Court.

---

1

PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE AT THE HEARING ON THEIR MOTION TO
AMEND AND SUPPLEMENT THEIR COMPLAINT
TITUS v. HUMBOLDT COUNTY FAIR ASSOCIATION, et al.

The reason for this request is that plaintiffs and their counsel reside in Humboldt County, CA, approximately 275 miles, and an approximately 5 hour drive, from the Oakland Courthouse for the U.S. District Court, Northern District of California.  In addition, plaintiffs' lead counsel has trials or is otherwise occupied in the mornings on every Tuesday until September.

Dated:  January 23, 2015                          Respecftully Submitted,

                                                  /s/ Peter E. Martin
                                                  _____
                                                  Peter E. Martin
                                                  Christopher R. Einselen
                                                  Attorneys for plaintiffs

### ORDER

The Court having read and considered this Request, hereby ~~GRANTS~~ DENIED as moot because the court will resolve the motion without oral argument, citing Civ. L.R. 7-1(b).

**IT IS SO ORDERED**.

Dated:  1/28/2015                  *Sandra B Armstrong* _____
                                   HONORABLE SENIOR DISTRICT COURT
                                   JUDGE SUSAN BROWN ARMSTRONG

PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE AT THE HEARING ON THEIR MOTION TO AMEND AND SUPPLEMENT THEIR COMPLAINT
TITUS v. HUMBOLDT COUNTY FAIR ASSOCIATION, et al.

2