J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
TERRENCE J. BRASCH (SBN 262069)
tbrasch@andradalaw.com
NICHOLAS SEYMOUR (SBN 286808)
nseymour@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:    (510) 287-4161

Attorneys for Defendants
HUMBOLDT COUNTY FAIR ASSOCIATION,
JEFF FARLEY, CINDY OLSEN, AND JOHN BURGER

PETER E. MARTIN (SBN 121672)
peter@petermartinlaw.com
A Law Corporation
917 Third Street
Eureka, CA  95501
Tel:   (707) 268-0445
Fax:   (707) 667-0318

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART P. TITUS, CAROLINE TITUS, | Case No.: 4:14-cv-01043-SBA |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER RE MEDIATION PROCESS, MEDIATION COMPLETION DATE AND NEXT CASE MANAGEMENT CONFERENCE** |
| v. | |
| HUMBOLDT COUNTY FAIR ASSOCIATION, JEFF FARLEY, CINDY OLSEN, JOHN BURGER, Does 1 through 10, | |
| Defendants. | |

1. The parties hereto – plaintiffs Stuart and Caroline Titus and defendants Humboldt

County Fair Association (HCFA), John Burger, Jeff Farley and Cindy Olsen – join in this Stipulation

to request that the court allow them to move the date for completion of the mediation, and reschedule

the Case Management Conference to accommodate the schedules of the mediator and the parties.

2. Plaintiffs filed this lawsuit on March 6, 2014.  A First Amended Complaint was filed

1

**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**

1    on April 24, 2014.  The defendants answered on May 8, 2014.

2         3.     The firm known as Foster Employment Law represented the defendants at that time.

3    There was a Rule 26 Disclosure by both sides.  There was also an additional disclosure of documents

4    by both sides.  Some interrogatories were also served by both sides.

5         4.     The parties then agreed to mediate the case on or by December 19, 2014.  Pursuant to

6    a stipulation of the parties, the court entered an order on September 2, 2014 to set December 19 as

7    the mediation completion date.  The court also scheduled a Case Management Conference for

8    January 8, 2015.

9         5.     The firm known as Andrada & Associates substituted into the case for the defendants

10   on or about October 8, 2014.  As a practical matter, the substitution meant that the mediation

11   deadline needed to be extended.

12        6.     The court appointed Mr. Robert Edwards to serve as mediator on October 15, 2014.

13        7.     On December 8, pursuant to the parties' stipulation, the court entered an order to set

14   March 13, 2015 as the mediation completion date.  The court scheduled a Case Management

15   Conference for March 26, 2015.

16        8.     All concerned agreed to a mediation date of March 13, 2015.  The mediation is

17   scheduled to proceed in Eureka.

18        9.     The plaintiffs were deposed on January 29 and 30, 2015.  The parties have engaged in

19   further extensive written discovery.  A deposition of a percipient witness is scheduled for March 6,

20   2015.

21        10.    Defendant HCFA is a member of a risk sharing pool managed by the California Fair

22   Services Authority (CFSA).  CFSA is located in Sacramento.  CFSA has assigned a claims

23   representative to the file.  The claims representative is scheduled to undergo a significant out-patient

24   surgery on or about March 10, 2015.  It will be difficult and painful for the claims representative to

25   make the five-six hour drive from Sacramento to Eureka on March 13.  Medical complications could

26   develop during the trip which, as a practical matter, could jeopardize the success of the surgery and

27   the general health of the claims representative.  There is no one available to substitute on behalf of

28   the claims representative.  All concerned believe that her actual presence is important if the case is to

2

1    be resolved.

2       11.     Mr. Edwards has requested the parties reschedule the mediation date currently set for

3    March 13, 2015, to accommodate the attendance of the claims representative.

4       12.     The attorneys have met and conferred among themselves and with Mr. Edwards to

5    select a new mediation date in light of the circumstances.  The agreed upon date is March 27, 2015.

6       13.     Accordingly, the parties respectfully request that: 1) the court revise the mediation

7    completion date to March 27, 2015; and 2) the court continue the Case Management Conference

8    presently set for March 26, 2015 to a date after March 27.

9

10    Dated:      February 20, 2015             ANDRADA & ASSOCIATES

11                                    */s/ J. Randall Andrada*

                              By _____

12                                  J. RANDALL ANDRADA

                                 Attorneys for Defendants

13                                  HUMBOLDT COUNTY FAIR

                                 ASSOCIATION, JEFF FARLEY, CINDY

14                                  OLSEN, and JOHN BURGER

15

16    Dated:      February 20, 2015

                                   */s/ Peter E. Martin*

17                                  _____

                                 PETER E. MARTIN

                                 Attorneys for Plaintiffs

18                                  STUART TITUS and CAROLINE TITUS

19

20

21

22

23

24

25

26

27

28

{00101457.DOC/}CFSA 1072                           *Titus v. Humboldt County Fair Association, et al.*

JOINT STIPULATION                                     4:14-cv-01043-SBA

**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION

1

**[~~PROPOSED~~] ORDER** AS MODIFIED

2    Having considered the Stipulation of the parties, the Court orders that: (1) the mediation

3    completion date is reset to March 27, 2015; and (2) the Case Management Conference scheduled for

4    March 26, 2015 at 3:00 p.m. is CONTINUED to April 9, 2015 at 3:00 p.m. The parties shall meet

5    and confer prior to the conference and shall prepare a joint Case Management Statement which

6    shall be filed no later than seven (7) days prior to the Case Management Conference that complies

7    with the Standing Order for All Judges of the Northern District of California and the Standing Order

8    of this Court.  Defendants shall be responsible for filing the statement as well as for arranging the

9    conference call.  All parties shall be on line and shall call (510) 879-3550 at the above indicated date

10   and time.

11        IT IS SO ORDERED.

12   DATED:   February 25   , 2015        _Saundra B. Armstrong_

                                          Judge Saundra Brown Armstrong
13                                         United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION