UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART P. TITUS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HUMBOLDT COUNTY FAIR ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 14-cv-01043-SBA   (DMR)<br><br>**ORDER TAKING JOINT DISCOVERY LETTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>Dkt No. 97 |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court has received the parties' joint discovery letter (Docket Nos. 97), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). The court will issue a written order on the motion.

    **IT IS SO ORDERED**.

Dated: September 15, 2015

_____
DONNA M. RYU
United States Magistrate Judge