Peter E. Martin, SBN 121672
Shelley K. Mack, SBN 209596
**PETER E. MARTIN, A LAW CORPORATION**
917 Third Street
Eureka, California 95501
Tel: (707) 268-0445
Fax: (707) 667-0318
peter@petermartinlaw.com
shelley@petermartinlaw.com

Attorneys for Plaintiffs and Counterdefendants
Stuart P. Titus, Caroline Titus

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART P. TITUS, CAROLINE TITUS,<br><br>        Plaintiffs,<br><br>vs.<br><br>HUMBOLDT COUNTY FAIR ASSOCIATION, JEFF FARLEY, CINDY OLSEN, JOHN BURGER, RICHARD CONWAY, Does 1 through 10,<br><br>        Defendants. | Case No.: 4:14-cv-01043-SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE RESPONSIVE PAPERS DEADLINE ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| HUMBOLDT COUNTY FAIR ASSOCIATION,<br><br>        Counterclaimant,<br><br>vs.<br><br>STUART P. TITUS, CAROLINE TITUS,<br><br>        Counterdefendants. | |

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSIVE PAPERS DEADLINE ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
TITUS v. HUMBOLDT COUNTY FAIR ASSOCIATION, ET AL

1

It is hereby stipulated between the parties hereto that the following due dates on Defendants' Motion for Partial Summary Judgment be continued as follows:

1. Plaintiffs' response due date will be continued from November 30, 2015 to December 10, 2015.
2. Defendants' reply due date will be continued from December 7, 2015 to December 17, 2015.

The hearing on Defendants' Motion for Partial Summary Judgment will remain as set for January 13, 2016 at 1:00 p.m. in this Court.

IT IS SO STIPULATED.

Dated: November 17, 2015

Respectfully Submitted,

Peter E. Martin
Shelley K. Mack
Attorneys for Plaintiffs

ANDRADA & ASSOCIATES

J. Randall Andrada
Attorneys for Defendants

[~~PROPOSED~~] ORDER

1. Plaintiffs' response to Defendants' Motion for Partial Summary Judgment is due December 10, 2015.

2. Defendants' reply is due December 17, 2015.

3. The Hearing on Defendants' Motion for Partial Summary Judgment will remain set for January 13, 2016 at 1:00 p.m. in this Court.

**IT IS SO ORDERED.**

Dated: 11/18/2015

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Court Judge

---

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSIVE PAPERS DEADLINE ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
TITUS v. HUMBOLDT COUNTY FAIR ASSOCIATION, ET AL

3