UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STUART P. TITUS, CAROLINE TITUS,<br><br>Plaintiffs,<br><br>vs.<br><br>HUMBOLDT COUNTY FAIR ASSOCIATION, JEFF FARLEY, CINDY OLSEN, JOHN BURGER, RICHARD CONWAY, DOES 1 through 10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No: C 14-01043 SBA<br><br>**RESPONSE TO LETTER SEEKING CLARIFICATION OF COURT'S ORDER OF REFERENCE** |

On December 17, 2015, the Court issued an Order of Reference for Mandatory Settlement Conference ("Order"). Dkt. 137. The Court ordered that "[t]he instant action shall be held in abeyance pending the conclusion of the settlement conference." Order at 3. The settlement conference is set for January 6, 2016. See Dkt. 138.

On December 17, 2015, the parties filed a Letter Seeking Clarification of the Court's Order of Reference. Dkt. 139. Specifically, the parties are "unsure of the effect of this court's order on current deadlines . . . ." Id. at 1.

In response to the parties' letter, the Court clarifies as follows: (1) the deadline for expert disclosure is hereby enlarged from December 31, 2015, to January 7, 2016; and (2) the deadline for rebuttal disclosure is hereby enlarged from January 14, 2016, to January 21, 2016. All other pretrial dates remain unchanged.

IT IS SO ORDERED.

Dated: 12/23/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge