UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART P. TITUS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HUMBOLDT COUNTY FAIR ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-01043-SBA   (JCS)<br><br>**ORDER REGARDING JANUARY 5, 2016 SETTLEMENT CONFERENCE** |

　　　　IT IS HEREBY ORDERED that all parties and their counsel are ORDERED to keep all statements, offers and demands made in the settlement conference confidential, and shall not disclose them to anyone other than the parties of record and their counsel and insurance carriers.

**IT IS SO ORDERED.**

Dated: January 5, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge